UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


FILED
MAY 21 PM 4:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTIAN DAVID ARZATE, (2)<br><br>Defendant. | Case No. 17CR3051-BEN<br><br>ORDER TO DISMISS INFORMATION WITH PREJUDICE; JUDGMENT OF DISMISSAL; BOND EXONERATION |

This Court having received the Motion of the United States in this matter to dismiss the Information, and good cause appearing therefor, hereby ORDERS

That the Information filed in Case No. 17cr3051 is dismissed, with prejudice, as to defendant CRISTIAN DAVID ARZATE only. The bond is hereby exonerated.

DATED this 21 day of May, 2018.

ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE